**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MITZI CARMAN and DONALD CARMAN, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ALDER HOLDINGS, LLC and JOHN DOES 1-10,<br><br>        Defendants. | Case No. 2:22-cv-10917-GCS-CI |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that MITZI CARMAN and DONALD CARMAN ("Plaintiffs") and ALDER HOLDINGS, LLC ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

DATED: June 21, 2022

Respectfully submitted,

**MITZI CARMAN and DONALD CARMAN**
By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq