# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MITZI CARMAN and DONALD CARMAN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALDER HOLDINGS, LLC and JOHN DOES 1-10,<br><br>    Defendant. | Case No. 2:22-cv-10917-GCS-CI |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs, Mitzi Carman and Donald Carman, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing their individual claims with prejudice against Alder Holdings, LLC. Plaintiffs also hereby dismiss the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: August 9, 2022

Respectfully Submitted,
MITZI AND DONALD CARMAN,
*/S/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Mohammed O. Badwan, an attorney, certify that on August 9, 2022, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

*/s/ Mohammed O. Badwan*